UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY RICHARDSON, ET AL | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY | NO. 08-529-C |

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 21, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec. doc. 7) filed by plaintiffs, Dorothy Richardson, Sheila Marie Richardson, and Kathy Ann Richardson, is denied.

Baton Rouge, Louisiana, December 9, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA